COURT MINUTES

MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: RUDOLPH THOMPSON (J)　　　　　　　CASE NO: 00-6014-CR-Hurley
AUSA: Ed Ryan  present.　　　　　　　　　ATTNY:
AGENT: DEA　　　　　　　　　　　　　　　VIOL: 21:841(a)(1), 18:2
PROCEEDING: I/A on Sealed Indictment　　BOND REC: PTD
BOND HEARING HELD - yes/no　　　　　　　COUNSEL APPOINTED: CJA Gary Rollin
____ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
     ____ Electronic Monitoring

Case unsealed
√ advised of charges
√ sworn for Counsel

FILED by ___ D.C.
JAN 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:　DATE:　　　TIME:　　JUDGE:
INQUIRY RE COUNSEL:
(PTD) BOND HEARING:　1-25-00　　9:30　　WPB - AEV
PRELIM/(ARRAIGN.) OR REMOVAL: 1-25-00　9:30　WPB - AEV
STATUS CONFERENCE:

DATE: 1-20-00　　TIME: Noon　　TAPE # 00-004　PG # 9
3090 - 3362
PA
5