# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 01/25/2000   TIME: 9:30 AM

DEFT. RUDOLPH THOMPSON (J) ✓         CASE NO. 00-6014-CR-HURLEY/VITUNAC

AUSA. *Janice LeBlanche* ✓ / EDWARD RYAN         ATTY. GARY KOLLIN (CJA) ✓

AGENT. TODD PHILLIPS-DEA         VIOL. 21:841(a)(1)

PROCEEDING ARRAIGNMENT & DETENTION         BOND. PTD (REQUESTED BY GOVT)

DISPOSITION: Arraignment & Detention held. Deft present with counsel. Indictment read to deft & pleads not guilty.

- Reading of Indictment Waived
- Not guilty plea entered
- Jury trial demanded
- Standing Discovery Order requested

, signed & distributed

Status/Disc. set for Friday 2-25-2000 @ 10:00 AM before Judge Johnson.

Gov't. proffers evidence
Witness: Mark Renner - Detective - City of Ft. Laud - Sworn/test
Defense presents argument
Deft. remains detained
Written Order to Follow

DATE: 1-25-2000         TAPE: AEV 005-1700

9