UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO.: 00-6014-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDOLPH THOMPSON,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on JANUARY 25, 2000, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**      Address: IN CUSTODY

    Telephone no.: _____

**DEFENSE COUNSEL:**      Name: GARY KOLLIN

    Address: 8211 W. BROWARD BLVD. SUITE 420

    FORT LAUDERDALE, FLORIDA 33324-2741

    Telephone no.: (954) 723-9999

BOND/SET/CONTINUED: $ PRETRIAL DETENTION

/////PTD hrg held: YES X NO___ BOND/PTD hrg set for _____

Dated this 25 day of JANUARY, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _Sandra Acevedo_
    Deputy Clerk

c:     Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service