# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

RUDOLPH THOMPSON

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: **00-6014-CR-HURLEY**
MAGISTRATE JUDGE
VITUNAC

YOU ARE HEREBY COMMANDED to arrest __RUDOLPH THOMPSON__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession with Intent to Distribute Crack Cocaine,

in violation of Title __21;18__ United States Code, Section(s) __841(a)(1) ; 2.__

__CLARENCE MADDOX__
Name of Issuing Officer

_[signature] Jenny Butler_
Signature of Issuing Officer

Bail fixed at $ __Pretrial Detention__ _requested_

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

__January 13, 2000  Fort Lauderdale, Florida__
Date and Location

_[signature] Lurana S. Snow_
by __Lurana S. Snow, Chief United States Magistrate Judge__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
**Ft. Lauderdale, FL**

| DATE RECEIVED<br>01/13/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>**James A. Tassone, US Marshal**<br><br>FOR:  DEA | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_<br>**Fred DePompa, SDUSM** |
|---|---|---|
| DATE OF ARREST<br>01/20/2000 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ RUDOLPH THOMPSON _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____