UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no. 00-6014-Cr-Hurley

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**RUDOLPH THOMPSON,**

    **Defendant.**
_____/

<u>DEMAND FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES</u>

The Defendant, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness' qualification, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                                 **LAW OFFICES OF GARY KOLLIN. P.A.**
                                 8211 W. Broward Blvd. Suite 420
                                 Fort Lauderdale, Florida 33324
                                 Telephone: (954)723-9999
                                 Telefax: (954) 475-2279

                             By: _____
                                 **GARY KOLLIN**
                                 Fla. Bar No. 282431

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 22 day of February, 2000, to Assistant United States Attorney Ed Ryan, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301.

_____
GARY KOLLIN, ESQ.