# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 02/25/2000   TIME: 9:30 AM

DEFT. RUDOLPH THOMPSON (J)   CASE NO. 00-6014-CR-HURLEY/VITUNAC
(Deft. not required)
AUSA. STEPHEN CARLTON / EDWARD RYAN   ATTY. GARY KOLLIN (CJA)

AGENT. _____   VIOL. 21:841 (a)(1)

PROCEEDING STATUS/DISCOVERY CONF.   BOND. PRETRIAL DETENTION

DISPOSITION: Status/Discovery held.
Parties present.
Govt. likely to file Superseding Indictment
Defense is ready for trial

DATE: 2-25-00   TAPE: AV 00-11-750