FILED by _____ D.C.
CT. REP.

MAR - 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
2    WEST PALM BEACH DIVISION

REC'D by _____ D.C.

3

4                                    2000

5    UNITED STATES OF AMERICA,        No.: 00-6014-CR-HURLEY

6           Plaintiff,                January 25, 2000
                                      West Palm Beach, Florida
7        v.

8    RUDOLPH THOMPSON,

9           Defendant.                ORIGINAL

10   _____/

11

12   TRANSCRIPT OF ARRAIGNMENT AND PRETRIAL DETENTION HEARING
           BEFORE THE HONORABLE ANN E. VITUNAC,
13              UNITED STATES MAGISTRATE JUDGE.

14

15   APPEARANCES:

16   For the Plaintiff:        JANICE LeCLAINCHE
                               Asst. U.S. Attorney
17                             701 Clematis Street #317
                               West Palm Beach, Florida   33401
18
     For the Defendant:        GARY KOLLIN, Esq.
19                             8211 West Broward Boulevard #420
                               Fort Lauderdale, Florida   33324
20

21   Transcriber:             S. Cullison

22

23

24

25   22 pages

                    Accurate Reporting Services, Inc.
                              Third Floor
                       172 West Flagler Street
                       Miami, Florida   33130

