UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDOLPH THOMPSON,

    Defendant.

_____/

CASE NO: 00-6014-Cr-HURLEY
MAGISTRATE VITUNAC

UNOPPOSED MOTION FOR
CONTINUANCE

Comes now the Defendant, by and through the undersigned attorney, and moves this Honorable Court to continue the trial date presently set for this case. As grounds therefor, the defendant states:

1.    Counsel for both parties appeared before this Court on March 6. At that time the defendant was not requesting a continuance. Defense counsel advised the Court that a meeting was scheduled for later that morning and certain determinations could be made after that meeting. The government announced its intentions to seek a superseding indictment in the event that this case could not be resolved by plea. The Court announced its belief that it would grant a continuance if additional time was needed by the parties to resolve the issues.

2.    The defendant and the government subsequently became engaged in plea negotiations. A problematic area concerns the fact that the defendant is currently facing other criminal charges in Broward County and negotiations also must necessarily involve the Broward State Attorney's Office.

1

3. On Monday, March 13, undersigned counsel received a telephone call from this Court's deputy clerk James Caldwell advising undersigned that this case had been set for trial on Tuesday, March 21. Undersigned counsel then traveled to the Palm Beach County Jail from his office in Ft. Lauderdale and spoke with the defendant who stated that he wished to continue the case so that plea negotiations can be resolved and that he would waive his rights to a speedy trial.

4. Undersigned counsel has personally spoken with Assistant United States Attorney Edward Ryan who stated he has no objection and agrees with this request for a continuance.

WHEREFORE, defendant moves this Honorable Court to grant this motion in the interests of justice and continue the case with a waiver of speedy trial.

LAW OFFICE OF GARY KOLLIN, P.A.
8211 W. Broward Blvd., Suite 420
Ft. Lauderdale, FL 33324
Telephone: (954) 723-9999
Telefax: (954) 475-2279

By: _____
GARY KOLLIN, ESQ.
FLORIDA BAR NO. 282431

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed on March 15, 2000, to Assistant United States Attorney Ed Ryan, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301.

_____
GARY KOLLIN, ESQ.