# CJA 24 (REV. 7/95) AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

3-3-00

VOUCHER NO. FLS12000109
PAID BY MIKE - 3/14/00
ACCTG. CLASS. NOS.
DATE PAID 3/15/00 M

1. **JURISDICTION**: 2. ☒ DISTRICT
2. **MAG. JUDGE DOCKET NO.**
3. **DISTRICT DOCKETING NO.**: 00-6014-CR-Hurley 01
4. **APPEALS DOCKET NO.**
5. **FOR DISTRICT/CIRCUIT**: SO DIST/FL
6. **IN THE CASE OF**: US vs. Rudolph Thompson
7. **PERSON REPRESENTED**: Rudolph Thompson
8. **LOCATION/ORGANIZATION CODE**: FLSWP FLS44

9. **PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED**: Trial — A187I 21:841A=CD.F

10. **PROCEEDINGS TO BE TRANSCRIBED**: Detention hearing 1/25/00 — TAPE AEV 005 @ 1700 — MINutes Att.

11. **ATTORNEY'S STATEMENT**: Signature, date 1/25/00, Gary Rollin, 954-723-4999, PANEL ATTORNEY, APP 1/21/00

REC'D by MAG. SEC. MAR 17 2000
CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

12. **COURT ORDER**: Signature of Presiding Judicial Officer
FILED by CT. REP. D.C. Jan 25 2000
MAR 1 6 2000

13. **SPECIAL AUTHORIZATIONS**
    - A. Apportion
    - B. ☐ Expedited ☐ Daily ☐ Hourly Transcript
    - C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions
    - D. ☐ multi-defendant case

## CLAIM FOR SERVICES

15. **COURT REPORTER/TRANSCRIBER STATUS**: ☒ Transcriber
16. **FULL NAME OF PAYEE**: Accurate Reporting
17. **SOCIAL SECURITY OR EMPLOYER ID. NO.**: 59-111 5424
18. **PAYEE'S ADDRESS**: 172 W Flagler St #3250, Miami FL 33130
19. **TELEPHONE NO.**: (305) 371-1537

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-22 | 22 | $3.00 | $66.00 | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. **CLAIMANT'S CERTIFICATION**: Signed 3/3/00
22. **CERTIFICATION OF ATTORNEY OR CLERK**: Signed 3/13/00
23. **TOTAL CLAIMED**: $66.00

24. **APPROVED FOR PAYMENT**: Daniel T. K. Hurley, 3/9/00
25. **AMT. APPROVED**: $66.00

3/13/00