UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDOLPH THOMPSON,

    Defendant.
_____/

CASE NO: 00-6014-Cr-HURLEY
MAGISTRATE VITUNAC

<u>ORDER GRANTING UNOPPOSED
MOTION FOR CONTINUANCE</u>

This cause came on to be heard on the Defendant's Unopposed Motion for a Continuance and the Court having been advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that said motion is granted in the interests of justice. **This matter is reset to the trial calendar commencing May 1, 2000. Calendar Call will be held on friday, April 21, 2000, at 1:30 p.m.**

DONE AND ORDERED in the Southern District of Florida on ~~March~~ April 10, 2000

DANIEL T.K. HURLEY
United States District Judge

copies to:
    Gary Kollin, Esq.
    Edward Ryan, Assistant US Atty