UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RUDOLPH THOMPSON,

      Defendant.

_____/

CASE NO: 00-6014-Cr-HURLEY
MAGISTRATE VITUNAC

UNOPPOSED MOTION FOR
CONTINUANCE

Comes now the Defendant, by and through the undersigned attorney, and moves this Honorable Court to continue the trial date presently set for this case. As grounds therefor, the defendant states:

    1.     A calendar call is scheduled for Friday, April 2, 2000 with a trial date beginning May 1.

    2.     The defendant and the government are actively engaged in plea negotiations. A problematic area concerns the fact that the defendant is currently facing other criminal charges in Broward County and negotiations must also necessarily involve the Broward State Attorney's Office. The assistant state attorney assigned to this case has been ill and absent for a significatn period over the last several weeks. In addition, she will not be in her office during the current week. Both parties believe that if this case is continued all remaining issues will be able to be resolbved and this case will result in a resolution by way of a plea.

1

