UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDOLPH THOMPSON,

    Defendant.
_____/

CASE NO: 00-6014-Cr-HURLEY
MAGISTRATE VITUNAC

ORDER ~~GRANTING~~ *DENYING* UNOPPOSED
MOTION FOR CONTINUANCE

This cause came on to be heard on the Defendant's Unopposed Motion for a Continuance and the Court having been advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that said motion is *DENIED.* ~~granted in the interests of justice.~~

DONE AND ORDERED in the Southern District of Florida on April 20, 2000

                                                                    DANIEL T.K. HURLEY
                                                                    United States District Judge

copies to:
    Gary Kollin, Esq.
    Edward Ryan, Assistant US Atty