CJA 24
(REV. 10/86)

## AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| VOUCHER NO. FLST2000169 |
| --- |
| PAID BY MILC - 4/21/00 |
| ACCTG. CLASS. NOS. |

**1. JURISDICTION** 1 ☐ MAGISTRATE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER ____

**2. MAG. DOCKET NO.**

**3. DISTRICT DOCKETING NO.** 01  00-6014-CR-DTKH

**4. APPEALS DOCKET NO.**

**5. FOR (DISTRICT/CIRCUIT)** So Dist / Fla

**6. IN THE CASE OF** US **VS** Rudolph Thompson

**7. PERSON REPRESENTED** Rudolph Thompson

**8. LOCATION/ORGANIZATION CODE** FLS

DATE PAID 4/27/00 PN

RECD by ___ D.C.  MAY 09 2000

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)** Trial & motion prep.

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 13).

US v. Bria Smith (99-CR-6253)  99-CR-625C
10/19/99 - Tape 99-05 (Snow)  11/2/99 - Tape 99-061  (Snow)  MINUTES ATTACHED

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

► GARY KOLLIN  3/21/00
SIGNATURE OF ATTORNEY  DATE
ATTORNEY'S TELEPHONE NO. 954-733

1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

► Daniel T. Paisley
SIGNATURE OF JUDGE OR MAGISTRATE

► 3/4/00
DATE

FILED by ___ D.C.
CT. REP.
MAY - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**13. SPECIAL AUTHORIZATIONS**

A. Apportion ____ % of transcript with

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**14. JUDGE'S INITIALS**
14. A.
14. B.
14. C.
14. D.

## CLAIM FOR SERVICES

**15. COURT REPORTER/TRANSCRIBER STATUS** ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**16. FULL NAME OF PAYEE** Accurate Reporting

**17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE** 59-111 5424

**18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)** 172 W Flagler St #325 Miami, FL 33130

**19. TELEPHONE NO.** AREA CODE (305) NUMBER 371-1537

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| A. Original 6/20 | 1-7  10-19 | 15 | $3.00 | $ | $ | $45.00 |
| B. Copy | | | $ | | | |
| C. Expenses (Itemize): | | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

► _____  4/3/00
CLAIMANT'S CERTIFICATION  DATE

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.

► Myrna Z. McKinley  4/6/00
SIGNATURE OF ATTORNEY/CLERK OF COURT  DATE

**23. TOTAL CLAIMED** $45.00

**24. APPROVED FOR PAYMENT**
► Daniel T. Paisley  4/13/00
SIGNATURE OF PRESIDING JUDICIAL OFFICER  DATE

**25. AMT. APPROVED** BJ

31

**ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT**