UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-CR-HURLEY(s)
21 U.S.C. 846

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RUDOLPH THOMPSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

FILED by _____ D.C.
JUN 1 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SUPERSEDING INFORMATION

The United States Attorney charges that:

From on or about November 25, 1998, to on or about September 2, 1999, in Broward County, in the Southern District of Florida, the defendant,

**RUDOLPH THOMPSON,**

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841 (a)(1).



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: <u>RUDOLPH THOMPSON</u>     No.: <u>00-6017-CR-HURLEY(s)</u>

Counts # I:
Possession with Intent to Distribute Crack Cocaine;
in violation of 21 USC 846
*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;
$2 Million fine

Counts # :

\*Max Penalty:

Count #:

\*Max Penalty:

Count #:

\*Max Penalty:

Count # :

\*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96