AO 455 (REV. 5/85) Waiver of Indictment



FILED by ___ D.C.
JUN 1 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | CASE NUMBER: 00-6017-CR-HURLEY(s) 6014 |
| RUDOLPH THOMPSON | |

I, Rudolph Thompson, the above named defendant, who is accused of conspiring to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5/31/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
RUDOLPH THOMPSON
Defendant.

_____
GARY KOLLIN
Counsel for Defendant

Date: 5/31/2000

Before _____
UNITED STATES DISTRICT JUDGE