# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED BY _____ D.C.
JUN 1 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===========================================

Case No. 00-6014-CR         Date May 31, 2000

Courtroom Deputy: James E. Caldwell        Court reporter: Pauline Stipes

Language Spoken: English         Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Rudolph Thompson

AUSA: Edward Ryan         DEFENSE COUNSEL: Gary Kollin

TYPE OF HEARING: Change of plea from not guilty to guilty as to count I of the superseding information.

RESULTS OF HEARING: After an inquiry, the plea of guilty was accepted.

Misc.: Sentencing date set for Friday, August 18, 2000, at 9:30 a.m.