# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6014-CR-HURLEY

UNITED STATES OF AMERICA,
    **Plaintiff,**

v.

**RUDOLPH THOMPSON,**
    **Defendant.**

-------------------------------------------------/



## ORDER AMENDING THE JUDGMENT ORDER

**THIS CAUSE** is before the court upon its own motion.  Pursuant to Rule 35(c), Fed. R. Crim.P. and with the court being fully advised in the premise, it is

**ORDERED** and **ADJUDGED**:

1. The term of supervised release, imposed by this court on August 18, 2000, is amended by reducing the term from a term of five (5) years to a term of three (3) years.

2. All remaining terms and conditions specified in the judgment order shall remain in effect without change.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this _29th_ day of August, 2000.

**copy furnished:**
AUSA Edward R. Ryan
Gary Kollin, Esq.

           Daniel T. K. Hurley
         United States District Judge

