# COURT MINUTES
## U.S. MAGISTRATE JUDGE ANN E. VITUNAC   DATE: 03/26/08   TIME: 10:00 A.M.

| | | | |
|---|---|---|---|
| DEFT: | RUDOLPH THOMPSON (SURR.) | CASE NO: | 00-6014-CR-Hurley/Vitunac |
| AUSA: | JANICE LeCLAINCHE ✓ | ATTY: | TIMOTHY DAY, FPD |
| AGENT: | USPO ROGER McCOY ✓ | VIOL: | VIOLATION OF SUPERVISED REL. |
| PROCEEDING: | INITIAL HEARING ON VIO. OF SUPERVISED RELEASE | RECOMMENDED BOND | PRETRIAL DETENTION |

BOND/PTD HEARING HELD - yes (circled) / no
BOND SET @: $25,000 PSB
LANGUAGE:
INTERPRETER:

FILED by ___ D.C.
MAR 26 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — W.P.B.

Disposition: DEFENDANT SWORN, ADVISED OF CHARGES AND RIGHTS. DEFENDANT QUESTIONED REGARDING APPOINTMENT OF COUNSEL - COURT FINDS THE DEFENDANT INDIGENT - FPD APPOINTED. DETENTION HEARING HELD. GOVERNMENT PROFFERS EVIDENCE. DEFENDANT PROFFERS EVIDENCE.

Conditions checked:
- ✓ All Standard Conditions.
- ✓ Rpt to USPO as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ✓ Random urine testing by USPO and/or treatment as deemed necessary
- ✓ Maintain or seek full-time employment/education. 40 HRS PER WEEK

NEXT COURT APPEARANCE:

FINAL HRG ON VIO OF SR   4/25/08   10AM   LRJ   WPB

TAPE No. AEV 08-19   Begin: 523   End: 1222   TIME IN COURT: 1005-1025 AM

K. ZUNIGA
COURTROOM DEPUTY