AO83 (Rev. 10/03) Summons in a Criminal Case

00-6014-CR
HURLEY

| RETURN OF SERVICE |
|---|

| Service was made by me on:[1] Rudolph Thompson (Offender Name) | Date 3/19/08 |
|---|---|

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 1600 NW 4th St Ft. Lauderdale, FL 33311

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

FILED by ___ D.C.

MAR 26 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/26/08
            Date

/s/ Reginald D. Michael
Chief, United States Probation Officer

(by) Roger S. McCoy
United States Probation Officer

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
Rudolph Thompson
1600 NW 8th Street
Fort Lauderdale, Florida 33311

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

FILED by _____ D.C.
MAR 25 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Case Number: 00-6014-HURLEY

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place<br>United States District Court<br>701 Clematis Street<br>West Palm Beach, Florida 33401<br>Before: The Honorable Ann E. Vitunac, Chief Magistrate Judge | Room Courtroom 2, 4th Floor<br>U.S. Courthouse, West Palm Bch, FL.<br>Date and Time 3/16/08 @ 10:00 AM |

To answer a(n)   (Select Probation or Supervised Release)
Indictment   Information   Complaint   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   Violation Notice

Charging you with a violation of Title ___18___ United States Code, Section(s) __3583(i)__

Brief description of offense:

Charging you with violation of the following conditions of Supervised Release: (1) Failing to refrain from violation of the law; and (2) Failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

The Honorable Daniel T. K. Hurley, Judge, USDC
Name and Title of Issuing Officer

Signature of Issuing Officer
USPO

3/17/08
Date