**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _OO - 6014 - CR - HURLEY_

UNITED STATES OF AMERICA

        Plaintiff,

v.

_RUDOLPH THOMPSON_

        Defendant.
_____/

FILED by _VZ_ D.C.

MAR 26 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER ON INITIAL APPEARANCE**

AUSA _JANICE CECLANCHE_    Language _ENGLISH_
Agent _ROGER McCOY - USPO_    Tape No. _AEV-08- 19 -(523-1222)_

    The above-named defendant having been arrested on _3/26/08_ ,having appeared before the court for initial appearance on _3/26/08_ and proceedings having been held in accordance with **Fed.R.Cr.P.  r. 5 or 40(a)**, it is thereupon

    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code:_____ Telephone: _____

2. _TIMOTHY DAY, FPD_ appointed as permanent counsel of record.
    Address: _400 AUSTRALIAN AVEN, SUITE 300, WPB, FL_
    Zip Code: _33401_ Telephone: _(561) 833 -6288_

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on ___ ~~FINAL HEARING ON VIOLATION OF SUPER~~2008. ~~VISED~~ _RELEASE_

4. ~~Preliminary/Arraignment/Removal/Identity hearing~~ is set for 10am _4/25/_ , 2008. _LRJ_ .

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
    A **detention hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for ~~10am~~ _HELD_ , ~~2008.~~

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
    _25,000 PSB_
_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____a. Surrender all passports and travel document to the Pretrial Services Office.

_✓_b. Report to ~~Pretrial Services~~ as follows:____times a week by phone, ____time a week in person;
    /other: _US PROBATION    AS DIRECTED_

_✓_c. Submit to random urine testing by ~~Pretrial Services~~ for the use of non-physician-prescribed substances prohibited by law. _US PROBATION_

_✓_ d. Maintain or actively seek full time gainful employment. 40 HOURS PER WEEK
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
_✓_ j. Comply with the following additional special conditions of this bond:
    DEFT NOT BE AROUND DRUGS OR PEOPLE
    POSSESSING DRUGS

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing __✗__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>West Palm Beach, FL</u> this _26TH_ day of _MARCH_, 2008.

_(signature)_

ANN E. VITUNAC
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation