UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-06014-Cr-HURLEY</u>

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

**RUDOLPH THOMPSON,**

        **Defendant.**
_____/

<u>**UNITED STATES' NOTICE OF REASSIGNMENT**</u>

    Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSA Edward Ryan, is no longer counsel of record for the United States in this matter.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

        s/ *Nancy Vorpe Quinlan*
        Nancy Vorpe Quinlan
        Florida Bar No. 0593532
        Assistant United States Attorney
        500 S. Australian Avenue, Suite 400
        West Palm Beach, Florida 33401-6235
        Tel: (561) 209-1055
        Fax: (561) 659-4526

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2008, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

s/ *Nancy Vorpe Quinlan*
Nancy Vorpe Quinlan
Assistant United States Attorney

**SERVICE LIST**

**UNITED STATES v. RUDOLPH THOMPSON**
**Case No. 00-06014-Cr-HURLEY**
**United States District Court, Southern District of Florida**

Timothy Day
Federal Public Defender's Office
One East Broward Boulevard
Suite 1100
Ft. Lauderdale, FL 33301-1842
Tel: (954) 356-7436
Fax: (954) 356-7556

Nancy Vorpe Quinlan
Assistant United States Attorney
Florida Bar No. 0593235
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401-6236
Tel: (561) 209-1055
Fax: (561) 659-4526
Email: Nancy.Quinlan@usdoj.gov