UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06014-Cr-HURLEY

**UNITED STATES OF AMERICA**

vs.

**RUDOLPH THOMPSON,**
                **Defendant.**
_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States is no longer counsel of record for the United States in this matter.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

*s/ Nancy Vorpe-Quinlan*
Nancy Vorpe Quinlan
Assistant United States Attorney
Fla. Bar No. 0593532
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 802-1787

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2008, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

*s/ Nancy Vorpe Quinlan*
Nancy Vorpe Quinlan
Assistant United States Attorney

SERVICE LIST
United States v. Rudolph Thompson
Case No. 00-06014-Cr-Hurley

Dave Brannon
Assistant Federal Public Defender
450 Australian Avenue N, Suite 500
West Palm Beach, FL 33401
Tel: (561) 833-6288
Fax: (561) 833-0368
dave_brannon@fd.org