UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDOLPH THOMPSON,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    s/ Samuel J. Smargon
    Samuel J. Smargon
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 150230
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    (561) 833-0368 - Fax
    *Samuel_Smargon@FD.org*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **April 4, 2008** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Samuel J. Smargon
Samuel J. Smargon

## SERVICE LIST

### UNITED STATES OF AMERICA V. RUDOLPH THOMPSON
### Case No. 00-6014-CR-HURLEY/VITUNAC

Janice LeClainche
Janice.leclainche@usdoj.gov
Assistant United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone: 561-820-8777
Fax:    561-820-8711
Attorney for United States of America