REC'D by H.H. D.C.
APR 0 4 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

APR - 3 2008
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6014-CR-HURLEY |
| ) | |
| VS. ) | |
| ) | |
| RUDOLPH THOMPSON, ) | THIS VOLUME: |
| ) | PAGES 1 - 17 |
| DEFENDANT. ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INITIAL HEARING ON VIOLATION OF SUPERVISED RELEASE HAD BEFORE THE HONORABLE ANN E. VITUNAC, IN WEST PALM BEACH, PALM BEACH COUNTY, FLORIDA, ON MARCH 26, 2008, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:     JANICE LECLAINCHE, A.U.S.A.

FOR THE DEFENDANT:      TIMOTHY DAY, A.F.P.D.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 00-6014-CR-HURLEY

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER=