UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDOLPH THOMPSON,

    Defendant.
_____/

## UNOPPOSED MOTION TO CHANGE DATE

Rudolph Thompson ("Thompson"), by counsel, hereby files this unopposed Motion to Change Date for the following reasons:

1. Thompson has his final supervised release hearing set for Friday, April 25, 2008, in West Palm Beach magistrate's court.

2. Undersigned will be out of the country on that date.

3. Assistant United States Attorney Nancy Quinlan has no objection to changing the date to April 23, 2008.

Wherefore, Rudolph Thompson hereby requests his supervised release

violation hearing date be changed to April 23, 2008.

          KATHLEEN M. WILLIAMS
          FEDERAL PUBLIC DEFENDER

          s/ Samuel J. Smargon
          Samuel J. Smargon
          Assistant Federal Public Defender
          Attorney for Defendant
          Florida Bar No. 150230
          450 South Australian Avenue, Suite 500
          West Palm Beach, Florida 33401
          (561) 833-6288 - Telephone
          (561) 833-0368 - Fax
          Samuel_Smargon@FD.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 9, 2008** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/ Samuel J. Smargon
          Samuel J. Smargon

## SERVICE LIST

## UNITED STATES OF AMERICA V. RUDOLPH THOMPSON
Case No. 00-6014-CR-HURLEY/VITUNAC

Nancy Quinlin
Nancy.quinlin@usdoj.gov
Assistant United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone: 561-820-8777
Fax:    561-820-8711
Attorney for United States of America