## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 00-6014-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

**RUDOLPH THOMPSON,**

          Defendant.

_____/

### ORDER

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion To Change Date for his

Final Hearing on Violation of Supervised Release currently set for Friday, April 25, 2008, (D/E 50),

filed on April 9, 2008. Accordingly, it is hereby,

      **ORDERED AND ADJUDGED** that Unopposed Motion To Change Date is GRANTED. Final

Hearing On Violation of Supervised Release is reset to April 23, 2008 at 10 A.M. before the undersigned.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 11th day of April,

2008.

                                    _Linnea R. Johnson_

                              LINNEA R. JOHNSON
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Daniel T.K. Hurley
Nancy Vorpe Quinlan, AUSA
Sam Smargon, AFPD
Roger McCoy-USPO
U.S. Marshal