UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDOLPH THOMPSON,

    Defendant.
_____/

## UNOPPOSED MOTION TO CHANGE DATE

Rudolph Thompson ("Thompson"), by counsel, hereby files this unopposed Motion to Change Date for the following reasons:

1. Thompson has his final supervised release violation hearing set for Wednesday, April 23, 2008, in the West Palm Beach magistrate's court.

2. The facts of the alleged Supervised Release violation are the subject of a Broward county state court matter, 07-24050 CF10A. It is scheduled for resolution on April 28, 2008.

3. Assistant United States Attorney Nancy Quinlan has no objection to changing the date to sometime after May 5, 2008 (Undersigned will be on annual leave 4-24 to 5-05).

Wherefore, Rudolph Thompson hereby requests his supervised release violation hearing date be changed to a date after May 5, 2008.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    s/ Samuel J. Smargon
    Samuel J. Smargon
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 150230
    450 South Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    (561) 833-0368 - Fax
    Samuel_Smargon@FD.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 22, 2008** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/ Samuel J. Smargon
    Samuel J. Smargon

## SERVICE LIST

## UNITED STATES OF AMERICA V. RUDOLPH THOMPSON
### Case No. 00-6014-CR-HURLEY/VITUNAC

Nancy Quinlin
Nancy.quinlin@usdoj.gov
Assistant United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone: 561-820-8777
Fax:    561-820-8711
Attorney for United States of America