UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

RUDOLPH THOMPSON,

    Defendant.

_____/



FILED by ___ D.C.
APR 2 2 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER CHANGING DATE**

This cause having come before the Court on the Defendant's Unopposed Motion to Change Date, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**, and this cause is hereby re-set for Monday, June 2, 2008 at 10:00 a.m., at the United States District Courthouse, 701 Clematis Street, West Palm Beach, Florida.

DONE AND ORDERED this 22 day of April, 2008, at West Palm Beach, Florida.

                              LINNEA JOHNSON
                              UNITED STATES MAGISTRATE JUDGE

CC:    Samuel Smargon, AFPD
         Nancy Quinlin, AUSA