# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON  **DATE:** 06/02/2008  **TIME:** 10:00 AM

FILED by ___ D.C.
JUN - 2 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | | | |
|---|---|---|---|
| **DEFT:** | RUDOLPH THOMPSON ✓ (B) | **CASE NO:** | 00-6014-Cr-Hurley/Vitunac |
| **AUSA:** | NANCY VORPE QUINLAN ✓ | **ATTY:** | FEDERAL PUBLIC DEFENDER Peter Birch |
| **AGENT:** | ROGER McCOY-USPO | **VIOL:** | VIOL. OF SUPERVISED RELEASE |
| **PROCEEDING:** | Final Hearing On Viol of Supervised Release | **RECOMMENDED BOND:** | $25,000 PSB (AEV) |

**BOND/PTD HEARING HELD - yes / no**  **LANGUAGE:** ENGLISH
**BOND SET @:**  **PRISONER#**

- ❏ All Standard Conditions.
- ❏ Surrender / or do not obtain passports / travel documents
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- ❏ Refrain from excessive use of alcohol
- ❏ Participate in a mental health assessment and treatment
- ❏ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ❏ Not to encumber property.
- ❏ Maintain or seek full - time employment/education.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ May Not visit Transportation Establishments.
- ❏ Travel extended to: _____
- ❏ Home Confinement/Electronic Monitoring/Curfew _____ paid by _____
- ❏ Other _____

**Disposition:** Deft present with counsel & admits to violations. Govt. proffers evidence. PSR to follow. Sentencing to be set before Judge Hurley.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE | | | | |

TAPE No. LRJ 08- 30   Begin: 966   TIME IN COURT: 5 mins