UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6014-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RUDOLPH THOMPSON,

        Defendant.         /



## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on June 2, 2008, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by failing to refrain from violation of the law.

On or about December 28, 2007, in Broward County, Florida, the defendant committed the offenses of: Possession of Cocaine, Possession of Marijuana under 20 Grams and Possession of Drug Paraphernalia, contrary to Florida Statutes 893.13(6)(a); 893.13(6)(b); and 893.147(1).

2. Violation of Standard Condition, by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

On or about December 28, 2007, the defendant was arrested by the Fort Lauderdale Police Department in Fort Lauderdale, Broward County, Florida, and he failed to advise the U.S. Probation Officer of this arrest until January 8, 2008.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that RUDOLPH THOMPSON be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 2nd day of June, 2008.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c:   The Honorable Daniel T.K. Hurley
     Nancy Vorpe Quinlan, AUSA
     Samuel Smargon, AFPD
     Roger McCory, USPO