UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06014-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RUDOLPH THOMPSON,
    Defendant.
_____/

**NOTICE SETTING SENTENCING HEARING**

**TAKE NOTICE** that the sentencing hearing for violating the conditions of supervision in the above captioned case has been set for **Tuesday, June 17, 2008, at 8:30 a.m.**, before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom 5, 701 Clematis Street, West Palm Beach, Florida.

DATED THIS 4th day of June, 2008.

**copy furnished:**
AUSA Nancy Vorpe Quinlan
AFPD Samuel J. Smargon
U.S. Probation Office, WPB, FL
U.S. Marshal Service

*[signature]*
James E. Caldwell, Sr.
Courtroom Deputy