# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

================================

Case No. __00-06014-CR.__  Date: __June 17, 2008__
(Start Time: __8:30 a.m.__ )   (End Time: __9:00 a.m.__ )

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: __English__   Defendant's Status: (~~Pretrial~~ Detained / Bond)

UNITED STATES OF AMERICA v. __Rudolph Thompson__

AUSA: __Nancy Vogel Quinlan__   DEFENSE COUNSEL: __AFPD Samuel J. Smaregona__

TYPE OF HEARING: __Sentencing hearing for violating the conditions of supervision.__

RESULTS OF HEARING: __After an inquiry, the defendant was sentenced to imprisonment for 1 year and 1 day with no further supervision.__

Misc.: _____